**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

IN RE: **Yoan Martinez**                     CASE NO    **11-19157-LMI**
       **Jakney Lozano**

                                                                       CHAPTER    **7**

*AMENDED 4/5/2011*
## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

PART A -- Debts secured by property of the estate. (Part A must be fully completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)

---

**Property No. 1**

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| Bac Home Loans Services<br>450 American St<br>Simi Valley, CA 93065<br>xxxx6117 | Homestead: 8875 NW 178 LN, HIALEAH, FL |

Property will be (check one):
     ☐ Surrendered      ☑ Retained

If retaining the property, I intend to (check at least one):
     ☐ Redeem the property
     ☑ Reaffirm the debt
     ☐ Other. Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
     ☐ Claimed as exempt      ☐ Not claimed as exempt

---

**Property No. 2**

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| Bac Home Loans Services<br>450 American St<br>Simi Valley, CA 93065<br>xxxx2997 | Real Property: 8003 W 6 AVE, Apt. J, Hialeah, Fl |

Property will be (check one):
     ☑ Surrendered      ☐ Retained

If retaining the property, I intend to (check at least one):
     ☐ Redeem the property
     ☐ Reaffirm the debt
     ☐ Other. Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
     ☐ Claimed as exempt      ☐ Not claimed as exempt

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE: **Yoan Martinez**
**Jakney Lozano**

CASE NO **11-19157-LMI**

CHAPTER **7**

*AMENDED 4/5/2011*
## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
*Continuation Sheet No. 1*

---

**Property No. 3**

**Creditor's Name:**
Countrywide Home Loans
P.O. Box 660694
Dallas, TX 75266-0694
xxxxx2997

**Describe Property Securing Debt:**
Real Property: 8003 W 6 AVE, Apt. J, Hialeah, Fl

Property will be (check one):
[X] Surrendered    [ ] Retained

If retaining the property, I intend to (check at least one):
[ ] Redeem the property
[ ] Reaffirm the debt
[ ] Other. Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
[ ] Claimed as exempt    [ ] Not claimed as exempt

---

**Property No. 4**

**Creditor's Name:**
Deutsche Bank National Trust Company
1011 Centre Rd
Wilmington, DE 19805
xx-xxxxx-CA-13

**Describe Property Securing Debt:**
Real Property: 8003 W 6 AVE, Apt. J, Hialeah, Fl

Property will be (check one):
[X] Surrendered    [ ] Retained

If retaining the property, I intend to (check at least one):
[ ] Redeem the property
[ ] Reaffirm the debt
[ ] Other. Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
[ ] Claimed as exempt    [ ] Not claimed as exempt

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE: **Yoan Martinez**
**Jakney Lozano**

CASE NO **11-19157-LMI**

CHAPTER **7**

***AMENDED 4/5/2011***
## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
*Continuation Sheet No. 2*

---

**Property No. 5**

**Creditor's Name:**
Impac Secured Assets Corp , Mortgage Pas
Certificates, Series 2006-2
1401 Dove Street # 200
Newport Beach, CA 92660-2431
xx-xxxxx-CA-13

**Describe Property Securing Debt:**
Real Property: 8003 W 6 AVE, Apt. J, Hialeah, Fl

Property will be (check one):
☑ Surrendered     ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
☐ Claimed as exempt     ☐ Not claimed as exempt

---

**Property No. 6**

**Creditor's Name:**
Los Palacios by Miami Lakes Cond.
2150 West 68th street, Suite 205
Hialeah, Fl 33016
xx03j-b

**Describe Property Securing Debt:**
Real Property: 8003 W 6 AVE, Apt. J, Hialeah, Fl

Property will be (check one):
☑ Surrendered     ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
☐ Claimed as exempt     ☐ Not claimed as exempt

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

IN RE: **Yoan Martinez**     CASE NO **11-19157-LMI**
       **Jakney Lozano**

CHAPTER **7**

*AMENDED 4/5/2011*

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*Continuation Sheet No. 3*

---

**Property No. 7**

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| Miami Dade Tax Collectors<br>140 W Flagler St, Room 101<br>Miami, FL 33130<br>xxxxx xx.:xx-xxxx-xxx-0220 | Real Property: 8003 W 6 AVE, Apt. J, Hialeah, Fl |

Property will be (check one):
☒ Surrendered      ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
☐ Claimed as exempt      ☐ Not claimed as exempt

---

**Property No. 8**

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| Ocwen Loan Servicing Lending<br>12650 Ingenuity Dr<br>Orlando, FL 32826<br>xxx8723 | Real Property: 8003 W 6 AVE, Apt. J, Hialeah, Fl |

Property will be (check one):
☒ Surrendered      ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
☐ Claimed as exempt      ☐ Not claimed as exempt

---

PART B -- Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE: **Yoan Martinez**  
**Jakney Lozano**

CASE NO **11-19157-LMI**

CHAPTER **7**

***AMENDED 4/5/2011***
## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
*Continuation Sheet No. 4*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>None | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES ☐    NO ☐ |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date **4/5/2011**            Signature **/s/ Yoan Martinez**  
                                              *Yoan Martinez*

Date **4/5/2011**            Signature **/s/ Jakney Lozano**  
                                              *Jakney Lozano*